**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO**

**Civil Action No.**

Plaintiff:

DIRC HOMES, LLC

v.

Defendants:
TOWNHOMES ON CONEJOS, LLC, TWENTY ON 23RD, LLC, RICK WELLS (A/K/A RICKI WELLS), RISE DEVELOPMENT LLC, ROBERT O. CARR

**NOTICE OF REMOVAL**

Defendants Townhomes on Conejos, LLC ("Conejos"), Twenty on 23rd, LLC ("Twenty"), and Robert O. Carr ("Carr"), collectively "Defendants", by and through counsel and pursuant to 28 U.S.C. §§ 1441, 1446 and 1332, hereby remove this action from the District Court of the City and County of Denver, Colorado to the United States District Court for the District of Colorado. The grounds for removal are:

1. On February 3, 2021, Plaintiff filed a lawsuit against Defendants, as well as Defendants Rick Wells and Rise Development, LLC, captioned *DIRC Homes, LLC v. Townhomes on Conejos, LLC et al.*, Case No. 2021CV30403 (hereinafter "the Action").

2. The Action is now pending before the District Court of Denver County, Colorado.

3. Venue is proper in this district under 28 U.S.C. § 1446(a) because this Court is the judicial district embracing the place where the Action is pending.

<u>Subject Matter Jurisdiction</u>

4. This Action is properly removed as it could have been originally filed in this Court.

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a). This is "a civil action" where the "matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs," and this matter "is between citizens of different States." *Id*.

6. Plaintiff alleges it has suffered damages "in the principal amount of $170,203.29, plus interest attorney fees and costs." (Exhibit A, Complaint at ¶ 26).

7. Plaintiff, DIRC Homes, LLC is a limited liability company organized under the laws of Colorado with a principal place of business located at 2100 N. Downing Street, Denver, Colorado 80205. (Exhibit A, Complaint at ¶ 1).

8. The members of DIRC Homes, LLC are citizens and residents of Colorado.

9. Defendant Conejos is Colorado limited liability company with a principal place of business at 1 Gatehall Drive, Suite 100, Parsippany, NJ, 07054. (Exhibit A, Complaint at ¶ 2).

10. Defendant Conejos is a single member LLC. The sole member is Robert Carr.

11. Defendant Twenty is a Colorado limited liability company with a principal place of business at 1 Gatehall Drive, Suite 100, Parsippany, NJ, 07054. (Exhibit A, Complaint at ¶ 3).

12. Twenty is a single member LLC. The sole member is Robert Carr.

13. Robert Carr is a citizen and resident of New Jersey.

14. Defendant Rise Development, LLC ("RISE") is a Colorado limited liability company with a principal place of business at 3370 N. Hayden Road, Suite 123-524, Scottsdale Arizona. (Exhibit A, Complaint at ¶ 4).

15. The sole member of Rise Development, LLC is Rick Wells ("Wells").

16. Wells is a citizen and resident of Arizona.

17. Accordingly, this matter "is between citizens of different States" as there is

complete diversity between Plaintiff and all defendants in this case.

18. None of the named defendants are citizens of Colorado.

Procedural Compliance

19. Defendant Wells has not yet been served in Action.

20. Defendants RISE has not yet been served in Action.

21. All Defendants consent to removal.

22. "A defendant who has not yet been served with process is not required to join" in a notice of removal. *Fed. Nat'l Mortgage Assoc. v. Milasinovich*, 161 F. Supp.3d 981, 1000 (D.N.M. 2016).

23. Defendants are currently the plaintiffs in Civil Action No: 1:20-cv-03319-PAB, which is a related action pending in this District ("Related Action").

24. Defendant Carr received a copy of the Complaint in Action on February 5, 2021. Defendants Conjeos and Twenty received a copy of the Complaint in Action on February 4, 2021. This Notice of Removal has been filed within thirty days after each Defendant received a copy of the initial pleading setting forth the claims for relief upon which the Action is based. *See* 28 U.S.C. §1446(b).

25. Pursuant to 28 U.S.C. §1446(a), Defendants attach as Exhibit A to this Notice of Removal, and incorporates by reference, a copy of all process, pleadings, and orders served upon the Defendant in the Action.

26. Promptly upon filing this Notice of Removal, Defendants shall give notice in writing thereof to Plaintiff's attorney of record and shall file a copy of this Notice of Removal with the Clerk of the District Court for the City and County of Denver, Colorado. A true and accurate

copy of this written notice is attached hereto as Exhibit B.

27.No previous application has been made for the relief requested herein.

28.By filing this Notice of Removal, Defendants do not waive any defense which may be available to it, including, but not limited to, lack of subject matter jurisdiction, lack of personal jurisdiction, improper venue, insufficiency of process, insufficiency of service of process, or failure to state a claim.

WHEREFORE, the prerequisites for removal under 28 U.S.C. §§ 1441 and 1446 have been met. Defendants hereby give notice of the removal of this case from the District Court of Denver County, Colorado to this Court pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Defendants request the District Court for the City and County of Denver, Colorado take not further action. Should any questions arise as to the propriety of this removal, Defendants respectfully request an opportunity to provide briefing.

Dated:  March 5, 2021

*/s/ Alvin M. Cohen*
Alvin M. Cohen
Amanda Hoberg
Woods | Aitken, LLP
7900 E. Union Ave. Suite 700
Denver, CO  80237
Phone: (303) 606-6700; Fax: (303) 606-6701
Email: acohen@woodsaitken.com
Email:   ahoberg@woodsaitken.com

Anthony J. Davis
Santomassimo Davis, LLP
1 Gatehall Drive, Suite 100
Parsippany, NJ  07054
Phone:  201-712-1616; Fax:  201-712-9444
Email:  adavis@ogcsolutions.com

*Attorneys for Defendants Townhomes on Conejos, LLC, Twenty on 23rd, LLC, and Robert O. Carr*

4

CERTIFICATE OF SERVICE

       I certify that the foregoing document was electronically filed with the Clerk of the Court on the 4th day of March, 2021, and that it is available for viewing and downloading from the Court's CM/ECF system. All counsel of record for represented parties have been served by electronic means and by U.S. Mail, first class postage prepaid, on the date this document was filed. All parties who are self-represented have been served by U.S. Mail, first class postage prepaid, on the date this document was filed.

*Counsel for Plaintiff*

Tamir Goldstein (#32413)
Chelsea C. Reinhard (#55180)
SHERMAN & HOWARD, LLC
633 Seventeenth St., Suite 3000
Denver, Colorado 80202

*Other Defendants*

Rise Development, LLC (Pro Se)
Registered Agent: Rick Wells
3031 W. 19th Ave., Denver, CO 80204
Mailing Address: 3370 N. Hayden Rd., Ste 123-524,
Scottsdale, AZ 85251

Rick Wells (Pro Se)
3370 N. Hayden Rd. Ste 123-524
Scottsdale, AZ 85251

                                                  */s/ Wendy Boyd*
                                                  Wendy Boyd
                                                  wboyd@woodsaitken.com

                                                  *Original signature on file at the offices of*
                                                  *WOODS / AITKEN LLP*